```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                         GAINESVILLE DIVISION
```

IN RE:                                    CASE NO. 06-10093-GVL1
                                          CHAPTER 13
JUDITH CATES


_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

   1. The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

   2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

   3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

   **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 386871 in the amount of 18.45 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
                            OFFICE OF THE CHAPTER 13 TRUSTEE
                            POST OFFICE BOX 646
                            TALLAHASSEE, FL 32302
                            ldhecf@earthlink.net
                            (850) 681-2734 "Telephone"
                            (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| JUDITH CATES<br>454 MOHAVE TERRACE<br>LAKE MARY, FL 32647 | CHEVRON CREDIT BANK, N.A.<br>2001 DIAMOND BLVD.<br>P.O. BOX 5010, SECT. 230<br>CONCORD, CA 94524-0010 |

AND

BARBARA A. CUSUMANO, ESQUIRE
126 NW 76TH DRIVE, SUITE B
GAINESVILLE, FL 32607

on the same date as reflected on the Court's docket as the electronic filing date for this document.

                            /s/Leigh D. Hart or
                            /s/William J. Miller, Jr.
2/26/2010  1:57 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE